UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| MUTUAL WORK COMP SOLUTIONS, LLC, | ) |  |
|---|---|---|
|  | ) |  |
|  | ) | Case No. 3:23-cv-223 |
| *Plaintiff*, | ) |  |
|  | ) | Judge Atchley |
| v. | ) |  |
|  | ) | Magistrate Judge McCook |
| BARONHR, LLC, *et al.*, | ) |  |
|  | ) |  |
| *Defendants*. | ) |  |

**ORDER**

On July 25, 2025, United States Magistrate Judge Jill E. McCook filed a Report and Recommendation [Doc. 142] pursuant to 28 U.S.C. § 636 and the Rules of this Court. Magistrate Judge McCook recommends that Plaintiff's Motion for Default Judgment [Doc. 103] be granted in part and denied in part. [Doc. 142 at 2, 27]. Specifically, Magistrate Judge McCook recommends that Plaintiff's requested relief be granted, except that prejudgment interest not be awarded on Count Nine and that default judgment not be entered on Count Eleven. [Doc. 142 at 27 n.11].

No parties have filed objections to the Report and Recommendation, and the time to do so has now passed.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge McCook's conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge McCook's findings of fact and conclusions of law as set forth in the Report and Recommendation. [Doc. 142]. Plaintiff's Motion for Default Judgment

---

[1] Magistrate Judge McCook advised the parties that they had fourteen days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 142 at 27 n.10]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

[Doc. 103] is **GRANTED IN PART** and **DENIED IN PART**. The Clerk is **DIRECTED** to terminate the following parties from this action: (1) BaronHR, LLC; (2) BaronHR West, Inc.; (3) Hunter Staffing, Inc.; (4) BaronHR Hospitality, LLC; (5) Legendary Staffing, Inc.; (6) BaronTransport, LLC; and (7) Luis Perez.

Within **14 days** of the entry of this order, Plaintiff is **ORDERED** to file a modified proposed judgment that is consistent with Magistrate Judge McCook's Report and Recommendation. [Doc. 142 at 27]. Plaintiff is further **ORDERED** to email a Word document copy of the modified proposed judgment to Atchley_Chambers@tned.uscourts.gov.

      **SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**